IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01705-MSK-BNB

GERALD DOUGLAS, and
LINDA DOUGLAS, as the surviving parents of Christopher Douglas,

Plaintiffs,

v.

GREGORY P. NESSLER,
PETER J. NESSLER, JR., and
LAURA J. NESSLER,

Defendants.

_____

## ORDER
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record. Consistent with matter discussed at the scheduling conference:

IT IS ORDERED that a revised proposed scheduling order shall be submitted to the court on or before **November 13, 2008**, modified as discussed at the scheduling conference today.

IT IS FURTHER ORDERED that a supplemental scheduling conference is set for **November 21, 2008, at 10:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated November 6, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge