IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01705-MSK-BNB

GERALD DOUGLASS AND LINDA DOUGLASS, as the surviving parents of
CHRISTOPHER DOUGLASS,

Plaintiffs,

v.

GREGORY P. NESSLER,
PETER J. NESSLER, JR., and
LAURA NESSLER,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to Withdraw and Substitute as Counsel for Defendants Peter and Laura Nessler, and Notice of Law Office Name Change** [docket no. 17, filed December 4, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and Douglas I. McQuiston is withdrawn from the representation of Peter Nessler and Laura Nessler and is to be removed from the electronic service.


DATED: December 9, 2008