IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01705-MSK-BNB

GERALD DOUGLASS AND LINDA DOUGLASS, as the surviving parents of
CHRISTOPHER DOUGLASS,

Plaintiffs,

v.

GREGORY P. NESSLER,
PETER J. NESSLER, JR., and
LAURA NESSLER,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to a telephone call from the plaintiff's counsel, it has come to the attention of the Court that this matter has been resolved.

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **June 25, 2009**, or a status report addressing why dismissal has not been accomplished.

IT IS FURTHER ORDERED that all future hearings set before Magistrate Judge Boland are **vacated**.

IT IS FURTHER ORDERED that the **Plaintiffs' Motion to Amend Their Complaint to Add Claims for Exemplary Damages Under C.R.S. §13-21-203 and §13-21-102** is DENIED AS MOOT.

DATED: June 4, 2009